IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | No. | 98-20283 D/An |
| | ) | | |
| WILLIAM PHILLIPS, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ORDER SETTING HEARING

Before the Court is the United States' Motion for Magistrate Court to Re-Consider and/or in the alternative Objections to the Magistrate Judge's Report and Recommendation filed on April 3, 2005. United States District Judge Bernice B. Donald referred the initial Motion to Compel to the Magistrate Judge for a report and recommendation.

**IT IS THEREFORE ORDERED** that a hearing be held before United States Magistrate Judge S. Thomas Anderson on **WEDNESDAY, JUNE 1, 2005 at 1:45 P.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 25, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-26-05

1



# Notice of Distribution

This notice confirms a copy of the document docketed as number 106 in case 2:98-CR-20283 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Mike Roberts
LAW OFFICES OF MIKE ROBERTS
707 Adams Ave.
Pillow-McIntyre House
Memphis, TN 38105

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee S. Saunders
WILDER & SAUNDERS
108 East Court Square
Somerville, TN 38068

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT